PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 05, 2024

SEAN F. MCAVOY, CLERK

U.S.A. vs.     Lee, Kelly John     Docket No.     0980 4:24CR06018-MKD-4

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Kelly John Lee, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Richland, Washington, on the 30th day of July  2024,  under the following conditions:

**Special Condition #8:** GPS (Global Positioning System) Location Monitoring: Defendant shall participate in a program of GPS location monitoring. Defendant shall wear at all times, a GPS device under the supervision of the United States Probation/Pretrial Services Office. In the event Defendant does not respond to GPS monitoring or cannot be found, the United States Probation/Pretrial Services Office shall notify the Unites States Marshals Service, who shall immediately find, arrest, and detain Defendant. Defendant shall pay all or part of the cost of the program based upon ability to pay as determined by the United States Probation/Pretrial Services Office. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any location monitoring which is required as a condition of release.

**Special Condition #9:** Home Detention: Defendant shall be restricted to the approved residence at all times except for attorney visits; court appearances; case-related matter; court-ordered obligations. Defendant may attend other essential activities as pre-approved by the United States Probation/Pretrial Services Office, including but not limited to employment; grocery shopping; primary caregiving; religious services; medical necessities; and substance abuse testing or treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On July 31, 2024, Mr. Kelly reported to the United States Probation/Pretrial Services Office for GPS installation as ordered by the Court. Supervisory United States Probation Officer Janie Coronado reviewed with the defendant the location monitoring GPS and home detention program requirements. Mr. Lee verbalized a full understanding and also signed a copy of the location monitoring program GPS participant agreement acknowledging his understanding of the program requirements, to include not deviating from approved schedules. He denied having any questions about the program requirements. Mr. Lee was provided with a signed copy of this agreement.

 **Violation #1:** Kelly John Lee is alleged to be in violation of his pretrial release conditions by failing to comply with the location monitoring GPS home confinement program by deviating from his approved location monitoring schedule on or about August 1, 2024.

Mr. Lee was approved to leave his residence on August 1, 2024, to go to the barbershop for a haircut or to make an appointment if the shop did not have availability at that time,  and to go grocery shopping at Alberstons (Safeway) from 3 p.m. to 4 p.m. He verbalized an understanding of the approved times and locations. On that same date, the undersigned officer received a location monitoring key alert after Mr. Lee failed to return to his residence by the approved time, 4 p.m. Mr. Lee returned late to his residence at approximately 4:34 p.m., and he did not contact the probation office in advance.

The undersigned officer reviewed the GPS mapping points for August 1, 2024, and the defendant stopped at unauthorized places. Mr. Lee went to the Double Up Barbershop located at 1610 E. Alder Street, Walla Walla, Washington, as approved; however, he then remained in the parking lot outside the barbershop near the 7-11 convenience store next door, for approximately 8 to10 minutes before leaving this location.

**PS-8**
**Re: Lee, Kelly John**
**August 2, 2024**
**Page 2**

Mr. Lee, without permission, then went to Staples, located at 520 N. Wilbur Avenue in Walla Walla, and was there for approximately 28 minutes. He then went to Kelty Auto Parts, located at 250 W. Rees Avenue in Walla Walla, a salvage junk yard, and was at this location for approximately 5 minutes. Mr. Lee also stopped at a parking lot in front of Cascade Farm and Outdoor, right next to Staples, for approximately 7 minutes. He remained in the parking lot, and did not enter any store, and then returned to his residence.

On August 2, 2024, during a telephone call, Mr. Lee admitted to the undersigned officer to having gone to Staples, Kelty Auto Parts, and to the parking lot in front of Cascade Farm and Outdoor, without having prior approval from the probation office. He admitted to having poor planning on his part, and he went to Staples to send/fax forms to the Department of Social and Health Services and this took longer than what he though it would. He reported he went to Kelty Auto Parts to pick up a paycheck, and he went to the parking lot in front of Cascade Farm and Outdoor to meet a friend, Justin, whom he reported he did not know his last name, as this friend owed him $40. Mr. Lee's reason for deviating from his approved schedule was that he did not realize he had been this late returning home, and he did not know he could not stop at other locations if they were along the way or nearby.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: _____ August 2, 2024 _____ |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

August 5, 2024
Date