FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY JOHN LEE,<br><br>Defendant. | No. 4:24-cr-06018-MKD-4<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 132** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 132). Defendant was represented by retained counsel Dennis Hanson.

Defendant requests that the Court remove Special Condition Nos. 8 and 9 which impose GPS location monitoring and home detention. ECF No. 132. The United States Attorney's Office has no objection to Defendant's request, and the United States Probation/Pretrial Services Office supports the modification. *Id.*

Defendant has been residing in the community on conditions of release since July 31, 2024. ECF Nos. 81, 88. Defendant's only alleged violation is that on the following day, August 1, 2024, he deviated from his approved location monitoring schedule. ECF No. 92. Since then, during Defendant's approximately eight months on supervision, there have been no allegations of noncompliance, and

ORDER - 1

Defendant asserts that he has completed all recommended treatment and is volunteering in the community during his retirement.  ECF No. 132.

Given Defendant's success on pretrial release thus far and the support or lack of objection of all parties, the Court will replace home detention with stand-alone monitoring.  The Court declines to fully remove GPS location monitoring given the seriousness of the alleged underlying offense conduct and the length of time that Defendant has been on pretrial release.  Defendant may renew his motion to remove GPS monitoring once he has been on release for one full year without facing any allegations of violating his conditions.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 132**) is **GRANTED IN PART AND DENIED IN PART**.

2. **Special Condition No. 9 (ECF No. 88) is MODIFIED** in its entirety to read **as follows:**

> 9. **Stand-Alone Monitoring:** Defendant shall participate in the location monitoring program in order to verify compliance with any court-imposed conditions of supervision.  Defendant has no residential component (curfew, home detention, or home incarceration) restrictions.  However, Defendant must comply with the location or travel restrictions imposed by the Court.

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

ORDER - 2

DATED April 14, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 3