FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY JOHN LEE,<br><br>Defendant. | No. 4:24-cr-06018-MKD-4<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 164** |

Before the Court is Defendant's Second Motion to Modify Conditions of Release (ECF No. 164). Defendant was represented by retained counsel Dennis Hanson.

Defendant requests that the Court remove Special Condition Nos. 8–9 which impose stand-alone GPS monitoring. ECF Nos. 88, 133, 164. Defendant asserts that the United States has no objection, and that United States Probation/Pretrial Services agrees with the requested modification. ECF No. 164. Defendant previously requested the removal of GPS monitoring in April 2025 in his First Motion to Modify Conditions of Release (ECF No. 132). While the Court did not remove GPS monitoring entirely, it lowered the level of monitoring from home detention to stand-alone monitoring. ECF No. 133. The Court declined to fully remove GPS monitoring due to the seriousness of Defendant's alleged underlying

ORDER - 1

offense and the length of time that Defendant had been on pretrial release. *Id.* The Court noted that Defendant could renew his motion after being on pretrial release for one full year without facing any allegations of violating release conditions. *Id.* Now that Defendant has been on pretrial release for over one year without facing allegations of violating conditions, Defendant has renewed his motion. ECF No. 164. Defendant asserts that in addition to complying with United States Probation/Pretrial Services, he has been volunteering at a museum since April 2025. *Id.*

Given Defendant's compliance with conditions and the support of all parties, the Court grants Defendant's motion.

Accordingly, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 164**) is **GRANTED**.

2. **Special Condition Nos. 8–9 (ECF Nos. 88, 133) are STRICKEN.**

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

\\

\\

\\

\\

ORDER - 2

**IT IS SO ORDERED.**

DATED August 14, 2025.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 3